No. 203. McCLOSKEY & Co., INC. *v.* WYMARD ET AL., RECEIVERS. C. A. 3d Cir. Certiorari denied. *Paul M. Rhodes* and *Frederick Bernays Wiener* for petitioner. *Edward Cohen* for respondents.

No. 205. GRENE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph W. Wyatt* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 207. JACOBS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *James H. Bateman* and *William C. Wilson* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 209. LOMBARD ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Byron N. Scott* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 214. HOME NEWS PUBLISHING Co., INC., ET AL. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *Irving M. Wolff* for petitioners. *Solicitor General Cox, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* for respondent.

Nos. 215 and 314. ADJMI ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jacob Kossman* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.